IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                            Criminal Nos. 08-129 & 08-396

JOHN EDWARD CREWS

### O R D E R

AND NOW, to wit, this _**16**_ day of June, 2014, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that said document, when filed in the above-captioned case, will be sealed until further Order of Court.  The Government shall not be required to file a redacted version of the document.  The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

_Maurice B Cohill, Jr._
HONORABLE MAURICE B. COHILL
SENIOR U.S. DISTRICT JUDGE

cc:  Charles A. Eberle, AUSA